SO ORDERED: December 5, 2013.

_____
James M. Carr
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| GEORGIA ANN BARRETT ) | CASE NO. 13-10936-JMC-7 |
| DEBTOR(S) ) | |

### ORDER GRANTING MOTION TO REDEEM PROPERTY

Notice having been given and no objection having been filed,

**IT IS HERBY ORDERED** that the debtor is allowed to redeem the property described as a Kirby Vacuum Sweeper by paying to the creditor, United Consumer Financial Services, 865 Bassett Rd, Westlake OH 44145, the sum of $50.00 or by surrendering the property to the creditor.

###